IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CECILIA SIMPSON                                                                                    PLAINTIFF

v.                                     NO. 3:08CV00149 HDY

MICHAEL J. ASTRUE, Commissioner                                            DEFENDANT
of the Social Security Administration

**ORDER**

Michael J. Astrue ("Astrue"), the Commissioner of the Social Security Administration, has filed the pending unopposed motion for remand. See Document 4. He represents in the motion that the recording of the administrative hearing held on October 23, 2007, is partially or totally blank, and his representatives are therefore unable to produce a transcript of that hearing. For good cause shown, and in accordance with the provisions of "sentence six" of 42 U.S.C. 405(g), and Melkonyan v. Sullivan, 501 U.S. 89 (1991), the motion is granted. This case is remanded to Astrue.

IT IS SO ORDERED this ___22___ day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE